UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAREK AL-BIREKDAR,          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| vs.                                           ) | Case No. 4:06-CV-01726  DJS |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant.          ) | |

**ORDER**

At the direction of the Court, the above styled cause must be reassigned to another District Judge .

**IT IS THEREFORE ORDERED** that the above styled cause is randomly reassigned to the Honorable Catherine D. Perry.


March 12, 2013           JAMES G. WOODWARD
Date                            CLERK OF COURT

                                    By: /s/ Michele Crayton
                                           Deputy In Charge


**In all future documents filed with the Court, please use the following case number:**
4:06-CV-01726 CDP.